UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL CARDENAS on behalf of J.A., a minor,<br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>        Defendant. | No. CV 13-595 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated July 9, 2014.

DATED: July 9, 2014

                                            /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                            United States Magistrate Judge